Opinion issued October 11, 2012



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00630-CV

———————————

**GABRIEL BARAKA MWANCHA, VIRGINIA ONUORAH, ST. JUDE'S HOME INC, ST. JUDE'S DAY SERVICES, ABLE WORKING ANGELS,** Appellants

**V.**

**MARTA CRUZ, AS NEXT FRIEND OF MARTA LIZA GRIMALDO,** Appellee

---

On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 10CV4133

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.